

2000 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-20-2000

# Watson v SEPTA

Precedential or Non-Precedential:

Docket 98-1832

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2000

Recommended Citation

"Watson v SEPTA" (2000). *2000 Decisions.* Paper 60.
http://digitalcommons.law.villanova.edu/thirdcircuit_2000/60

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2000 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ENERAL DOCKET FOR
                    Third Circuit Court of Appeals

 Court of Appeals Docket #: 98-1834                          Filed:
  9/29/98
  Nsuit: 3442  Civil Rights: Jobs
  Watson v. SEPTA
  Appeal from: Eastern District of Pennsylvania

 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  Lower court information:

      District: 0313-2 : 96-cv-01002
       Trial Judge: M. Faith Angell, Magistrate
       Court Reporter: Diana Doman Transcribing
       Date Filed: 2/9/96
       Date order/judgment: 9/14/98
       Date NOA filed: 9/22/98
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  Fee status: paid

 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  Prior cases:
     None
  Current cases:
                   Lead        Member      Start       End
     Cross-appeal:
                   98- 1833    98- 1834    9/29/98
     Related:
                   98- 1832    98- 1833    9/29/98

Proceedings include all events.
 98-1834  Watson v. SEPTA

JACQUELINE WATSON                      Alan B. Epstein
        Appellee                       FAX 215-241-8844
                                       215-241-8888
                                       [COR NTC ret]
                                       Spector, Gadon & Rosen
                                       1635 Market Street
                                       Seven Penn Center, 7th Floor
                                       Philadelphia, PA 19103


       v.

SOUTHEASTERN PENNSYLVANIA              Kenneth L. Oliver, Jr.
 TRANSPORTATION AUTHORITY               FAX 665-3165
 ("SEPTA")                              215-665-3090
        Appellant                       [COR NTC ret]
                                       Obermayer, Rebmann, Maxwell &
                                       Hippel
                                       1617 John F. Kennedy Boulevard
                                       One Penn Center, 19th Floor
                                       Philadelphia, PA 19103

Proceedings include all events.
 98-1834  Watson v. SEPTA

JACQUELINE WATSON

              Appellee


    v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA")

              Appellant

Proceedings include all events.
 98-1834  Watson v. SEPTA

 9/29/98            CIVIL CASE DOCKETED. Notice filed by Southeastern
                    Pennsylvania Transportation Authority.  (ghb)
                    [98-1834]

 10/13/98           APPEARANCE from Attorney Alan B. Epstein on behalf of
                    Appellee Jacqueline Watson, filed. (ghb) [98-1834]

 10/13/98           DISCLOSURE STATEMENT on behalf of Appellee Jacqueline
                    Watson, filed. (ghb) [98-1834]

 10/14/98           APPEARANCE from Attorney Kenneth L. Oliver, Jr. on
behalf

                    of Appellant SEPTA, filed. (ghb) [98-1834]

 10/14/98           DISCLOSURE STATEMENT on behalf of Appellant SEPTA,
filed.

(ghb) [98-1834]

| | |
|---|---|
| 10/14/98 | INFORMATION STATEMENT on behalf of Appellant SEPTA, received. (ghb) [98-1834] |
| 10/14/98 | STATEMENT OF FACTS AND ISSUES on behalf of Appellant SEPTA, received. (ghb) [98-1834] |
| 10/20/98 | TRANSCRIPT (Clk) on file in the District Court Clerk's Office. (ghb) [98-1834] |
| 1/15/99 apx | BRIEFING NOTICE ISSUED: Appellant/cross-appellee br and apx due 2/24/99 in 98-1832, 98-1833 and 98-1834, filed. (ghb) [98-1832 98-1833 98-1834] |
| 1/21/99 | CERTIFIED LIST filed. (Cvs. 98-1832, 98-1833 & 98-1834) (ghb) [98-1832 98-1833 98-1834] |
| 2/24/99 | 1st STEP BRIEF on behalf of Jacqueline Watson in 98-1832, 98-1833 & 98-1834. Pages: 49, Copies: 10, Delivered by mail, filed. of service date 2/24/99. (lal) [98-1832 98-1833 98-1834] |
| 2/24/99 | JOINT APPENDIX on behalf of Appellant Jacqueline Watson in 98-1832 & 98-1833 and Appellant SEPTA in 98-1834 Copies: 4 Volumes: 1, Delivered by mail, filed. Certificate of service date 2/24/99. (lal) [98-1832 98-1833 98-1834] |
| 3/26/99 | 2ND STEP BRIEF on behalf of SEPTA in 98-1832, 98-1833 and 98-1834. Pages: 48, Copies: 10, Delivered by mail, filed. Certificate of service date 3/26/99. (lal) [98-1832] |
| 4/1/99 | CALENDARED for Monday, May 24, 1999. (cg) [98-1832 98-1833 98-1834] |

4/28/99              3RD STEP BRIEF on behalf of Jacqueline Watson in 98-
1832,

                     98-1833 and 98-1834. Pages: 30 Copies: 10 Delivered by
                     mail. Certificate of service date 4/28/99. (lrb)
                     [98-1832 98-1833 98-1834]

 Proceedings include all events.
  98-1834  Watson v. SEPTA

 5/14/99              4TH STEP BRIEF on behalf of SEPTA in 98-1832, 98-1833
and

                     98-1834. Copies: 10 Delivered by mail. Certificate of
                     service date 5/14/99. (lal) [98-1832 98-1833 98-1834]

 5/21/99              LETTER dated 5/21/99 received pursuant to Rule 28(j)
from

                     counsel for Jacqueline Watson in 98-1832, 98-1833 &
                     98-1834. (cmr) [98-1832 98-1833 98-1834]

 5/24/99              ARGUED Monday, May 24, 1999 Panel: Greenberg, Alito,
                     Circuit Judges and Ackerman, District Judge. (pl)
                     [98-1832 98-1833 98-1834]

 3/20/00              PUBLISHED OPINION (Greenberg, Alito, Authoring Judge and
                     Ackerman, District Judge), filed. (rmg) [98-1832 98-
1833

                     98-1834]

 3/20/00              JUDGMENT of the district court entered 8/26/98 denying
 the
                     motion for a new trial, be, and the same is hereby
                     affirmed. The judgment entered 9/10/98 regarding
 attorneys'
                     fees is affirmed. Costs taxed against Jacqueline Watson
 in
                     appeal No. 98-1832, filed. (rmg) [98-1832 98-1833
98-1834]